UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AISHIA PETERSEN,

        Plaintiff,

v.                                                  Case No: 6:21-cv-370-RBD-GJK

CHOICE HOTELS
INTERNATIONAL, INC.,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff AISHIA PETERSEN, and Defendant CHOICE HOTELS INTERNATIONAL, INC., by and through undersigned counsels hereby file this Joint Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter and will file to dismiss the case within 30 days.

Dated this 14th day of April 2021.

By: */s/Acacia Barros*
**ACACIA BARROS, P.A.**
Acacia Barros, Esq.
FBN: 106277
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com

*Counsel for Plaintiff*

By*: /s/ Kevin Young, Esq.*
**SEYFARTH SHAW LLP**
Kevin M. Young, Florida Bar No. 114151
1075 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
kyoung@seyfarth.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2021 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel.

                                        *s/Acacia Barros*
                                        Attorney for Plaintiff
                                        ACACIA BARROS, P.A.